**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RONALD KEITH BISHOP, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-08-1358-HE |
| | ) | |
| ERIC FRANKLIN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner, a state prisoner appearing *pro se*, filed this action pursuant to 28 U.S.C. §

2254 seeking habeas relief.  Consistent with 28 U.S.C. § 636(b)(1)(B) and (C), the matter

was referred to Magistrate Judge Bana Roberts, who has recommended that the petitioner's

motion to proceed *in forma pauperis* be denied.  She also recommended that, unless the

petitioner paid the $5 filing fee in full by January 12, 2009, the action be dismissed without

prejudice.

The plaintiff failed to comply with the magistrate judge's order to pay the $5 filing

fee.  He also failed to object to the Report and Recommendation, thereby waiving his right

to appellate review of the issue it addressed.  United States v. One Parcel of Real Property,

73 F.3d 1057, 1059-60 (10th Cir. 1996).  *See* 28 U.S.C. § 636(b)(1)(C); LCvR72.1.

Accordingly, the court adopts the Report and Recommendation of Magistrate Judge

Roberts, denies the petitioner's motion to proceed *in forma pauperis* [Doc. #2] and dismisses

this action without prejudice.

**IT IS SO ORDERED**.

Dated this 16th day of January, 2009.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE